

**KIMMEL & SILVERMAN**
P.C.
30 EAST BUTLER PIKE
AMBLER, PA 19002



RECEIVED
JUN 03 2020



U.S. POSTAGE >> PITNEY BOWES

ZIP 19002   $ 000.50⁰
02 4W
0000351300 MAY. 05. 2020

United Medicare Advisors
Attn. Legal Department
120 West 12th St, Suite 1700
Kansas City MO 64105

6410581923 C027

**EXHIBIT A-5**

**EXHIBIT A-5**

CRAIG THOR KIMMEL
ROBERT M. SILVERMAN

⁺ Member, PA Bar
* Member, NJ Bar
ˣ Member, DE Bar
⁻ Member, NY Bar
^ Member, MA Bar
# Member, MD Bar
♦ Member, OH Bar
§ Member, MI Bar
ᵁ Member, NH Bar
⁺ Member, CT Bar
" Member, TN Bar
ᵖ Member, WY Bar
ᵞ Member, DC Bar
ᵈ Member, CA Bar
° Member, WI Bar
£ Member, WV Bar
ˢ Member, FL Bar
ᵃ Member, AZ Bar
' Member, TX Bar

AMY L. BENNECOFF GINSBURG
RICHARD J. ALBANESE
W. CHRISTOPHER COMPONOVO
CHAD P. DOMAN
JASON L. GRESHES
SHANNON R. HARKINS
JACQUELINE C. HERRITT
JOSEPH C. HOEFFEL
ROBERT A. RAPKIN
KAREEM R. SEIFELDIN
STEPHEN D. SILVERMAN
RACHEL R. STEVENS
ANGELA K. TROCCOLI
ZACHARY A. ZAWROTNY



# KIMMEL & SILVERMAN
### P.C.

www.CREDITLAW.com
(800)-NOT-FAIR

**CORPORATE HEADQUARTERS**
30 E. Butler Pike, Ambler, PA 19002
Toll Free (800)-668-3247
Fax (877) 600-2112

BUCKS COUNTY, 400 South Main Street, 1st Floor, New Hope, PA 18938, P (267) 468-7669. F (215) 540-8817
DELAWARE, 501 Silverside Road, Suite 118, Wilmington, DE 19809, (302) 791-9373
NEW ENGLAND, 5 Village Plaza Way, Box 2, North Scituate, RI 02857, P (401) 764-5566, F (401) 764-5567
NEW JERSEY, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, (856) 429-8334
NEW YORK, 1001 Avenue of the Americas, 12th Floor, New York, NY 10018, (212) 719-7543
W. NEW YORK, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, (716) 332-6112
W. PENNSYLVANIA, 100 Ross Street, Suite 330, Pittsburgh, PA 15219, (412) 566-1001
CALIFORNIA, 388 Market Street, Suite 1300, San Francisco, CA 94111, P (415) 947-7827, F (215) 540-8817
OHIO, 4031 Colonel Glenn Highway, Beavercreek, OH 45431, P (937) 306-7220, F (215) 540-8817
Please reply to CORPORATE HEADQUARTERS



May 14, 2020

**Sent Via Standard Mail**
United Medicare Advisors
Attn. Legal Department
120 West 12th St, Suite 1700
Kansas City MO 64105

Re:   **Rhonda Clifford v. United Medicare Advisors**
**Pre-Suit Telephone Consumer Protection Act and Telemarketing**
**Sales Rule Claim**

Dear Sir or Madam:

We are sending an updated letter based upon ongoing investigation of the file. This office represents the above-named individual who has claims under the Telephone Consumer Practices Act ("TCPA") 47 U.S.C. 227, Telemarketing Sales Rule 16 CFR § 310 and/or State law claims, against your company. We respectfully demand that you **not** engage in further contact with the client for any reason to: (1) respect our representation and; (2) as a further demand to cease and desist all communication. Direct all future contact and correspondence to our attention only. As you know, or should know, the TCPA states:

> *No person or entity shall initiate any telephone solicitation to a residential telephone subscriber who has registered his or her telephone number on the National Do-Not-Call Registry of persons who do not wish to receive telephone solicitations that is maintained by the Federal Government;*

Further, as you know, or should know, the TSR states:

# EXHIBIT A-5

"When Debt Collectors called you, they never expected you to call us"
© Copyright 2009-2020 All Rights Reserved, Kimmel & Silverman, P.C.

**EXHIBIT A-5**

> *It is an abusive telemarketing act or practice and a violation of this Rule for a telemarketer to engage in, or for a seller to cause a telemarketer to engage in telemarketing of a person's telephone number whose is on the "do-not-call" registry, maintained by the Commission, of persons who do not wish to receive outbound telephone calls to induce the purchase of goods or services.*

United Medicare Advisors placed repeated solicitation calls to Ms. Clifford's cellular telephone, which was on the Do Not Call Registry at the time of the calls, starting in 2019 using an automatic telephone dialing system without prior express consent for these communications, making each individual contact a violation of the TCPA and the TSR.

For the violations of the TSR, United Medicare Advisors is obligated to pay all actual damages suffered by Ms. Clifford. For each violation of the TCPA, United Medicare Advisors is obligated to pay no less than $500 and as much as $1,500. The TCPA provides as follows:

> *A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State (a) an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation, (b) an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or (c) both such actions. If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph.*

Our client has maintained detailed records of all unlawful communications upon which the claim for damages is supported.

A complaint has been prepared and will be filed if we are unable to obtain a satisfactory resolution in the near future. You may contact me by email at jhoeffel@creditlaw.com if there is a desire to save time and money.

Sincerely,

Joseph "Jake" Hoeffel

## EXHIBIT A-5

*"When Debt Collectors called you, they never expected you to call us"*

© Copyright 2009-2020 All Rights Reserved, Kimmel & Silverman, P.C.

**EXHIBIT A-5**