**COPILEVITZ, LAM & RANEY**

310 West 20th Street, Suite 300
Kansas City, MO 64108
816 472 9000
clrkc.com

William E. Raney
Partner
Direct 816 277 0856
braney@clrkc.com

June 11, 2020

Joseph C. "Jake" Hoeffel
Associate Attorney
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002                    **VIA E-MAIL** jhoeffel@creditlaw.com

Re:    Your letter dated May 14, 2020 to United Medicare Advisors

Dear Mr. Hoeffel:

My client United Medicare Advisors has asked me to respond to your letter on behalf of your client Rhonda Clifford.

First, I apologize on behalf of my client for any intrusion into your client's privacy these calls caused. Ms. Clifford has been added to my client's internal do not call list and will not be called again.

Second, my client called based on information entered by Ms. Clifford online requesting to be called regarding insurance policies on November 20, 2019 at the United Medicare Advisors website.

The website contained disclosure language that the purpose of you providing your information was to receive these calls, i.e.

> By clicking the button above, you provide your signature expressly consenting to receive communications via live telephone, an automatic dialing system, pre-recorded message, or text message from United Medicare Advisors or its subsidiaries, affiliates, or Companies at the telephone number provided including your wireless number (if provided) as well as via email regarding your health insurance options including Medicare Supplement Insurance, Medicare Advantage, and/or Medicare Part D. Your consent to receive communications in this way is not required as a condition of purchasing any goods or services. Your telephone company may impose additional charges for text messages, and you may revoke your consent at any time through any reasonable manner. You acknowledge that you have read and understand all of the Terms and Conditions and Privacy Policy of this site.

**EXHIBIT A-6**

Hoeffel
June 11, 2020
Page 2

As such, my client's calls did not violate the TCPA or any other law. Please do not hesitate to contact me if I can be of further assistance, and your client will not be contacted by my client again.

Respectfully,

*[signature: William E. Raney]*

William E. Raney
For the Firm

WER

CC: Sue Anderson

**EXHIBIT A-6**