**COPILEVITZ, LAM & RANEY**

310 West 20th Street, Suite 300
Kansas City, MO 64108
816 472 9000
clrkc.com

William E. Raney
Partner
Direct 816 277 0856
braney@clrkc.com

August 14, 2020

Jake Hoeffel                                           **VIA E-MAIL jhoeffel@creditlaw.com**
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002

Re:   Rhonda Clifford v. United Medicare Advisors Demand Letter

Dear Mr. Hoeffel:

I am following up on your initial May 14, 2020 demand letter to my client, United Medicare Advisors ("UMA"), and my subsequent response letter of June 11, 2020.

You alleged that UMA violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, and the Telemarketing Sales Rule ("TSR"), 16 C.F.R. § 310 by making unsolicited calls to Ms. Clifford's telephone number during an unspecified time period in 2019. The demand letter provided no further details on these alleged calls to Ms. Clifford.

As I stated in my previous letter of June 11, 2020, Ms. Clifford consented to receive calls from UMA on November 20, 2019, when she requested information online regarding insurance policies. You have not provided any additional information to refute this or attempt to further contact me.

UMA did not violate the TCPA or the TSR and intends to defend itself fully if you continue to pursue this matter. Please contact me if you would like to discuss.

Sincerely,

*William E. Raney*

William E. Raney
Attorney for the Firm

WER/kmb

Cc: Sue Anderson, Virginia Picotte

**EXHIBIT A-7**