## COPILEVITZ, LAM & RANEY

| | |
|---|---|
| 310 West 20th Street, Suite 300 | William E. Raney |
| Kansas City, MO 64108 | Partner |
| 816 472 9000 | Direct 816 277 0856 |
| clrkc.com | braney@clrkc.com |

*For settlement purposes only*
*Not to be used for any other purpose*
*Fed. R. Evid. 408*

November 24, 2020

Craig Thor Kimmel                    **VIA E-MAIL kimmel@creditlaw.com**
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002

Re:    *Rhonda Clifford v. United Medicare Advisors* Demand Letter

Dear Craig:

I am following up on your request for more information regarding the consent provided by your client Rhonda Clifford to receive calls from my client, United Medicare Advisors ("UMA").

Ms. Clifford visited https://quote.unitedmedicareadvisors.com on November 21, 2019, and provided the following information:

First Name: Rhonda
Last Name: Clifford
Zip Code: 77304
Phone Number: 281-844-5106
Date of Birth: 08-17-1952
Gender: Not provided
Email Address: rcliffordtx@yahoo.com

She clicked "Compare Rates" and agreed to the following consent language:

> By clicking the button above, you provide your signature expressly consenting to receive communications via live telephone, an automatic dialing system, pre-recorded message, or text message from United Medicare Advisors or its subsidiaries, affiliates, or Companies at the telephone number provided including your wireless number (if provided) as well as via email regarding your health insurance options including Medicare Supplement Insurance, Medicare Advantage, and/or Medicare Part D. Your consent to receive communications in this way is not required as a condition of purchasing any goods or services. Your telephone company may impose additional charges for text messages, and you may revoke

**EXHIBIT A-8**

Craig Thor Kimmel
November 24, 2020
Page 2 of 2

> your consent at any time through any reasonable manner. You acknowledge that you have read and understand all of the Terms and Conditions and Privacy Policy of this site.

Thus, your claim that Ms. Clifford received unsolicited calls from UMA is without merit. UMA contacted Ms. Clifford only after it received a specific request regarding insurance quotes and obtained prior express written consent.

While UMA has added (281) 844-5106 to its internal do-not-call list, my client did not violate any law as set forth above. UMA will defend itself fully including seeking sanctions for claims found to be frivolous.

Sincerely,

William E. Raney
Attorney for the Firm

WER/kmb

Cc: Sue Anderson, Virginia Picotte

**EXHIBIT A-8**